O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF TORRANCE, et al.,<br><br>            Defendants. | Case No. CV 13-02706-SVW (KES)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation were filed by Plaintiff. The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected. The Court hereby approves and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that Defendants' Motion for Summary

//
//
//

1

1  Judgment be granted and that Judgment be entered dismissing this action with
2  prejudice.

4  DATED: July 7, 2016

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE