**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY LEE HILL, <br><br> Plaintiff, <br> vs. <br><br> CITY OF TORRANCE, et al., <br><br> Defendants. | Case No. CV 13-02706-SVW (KES) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Second Amended Complaint and entire action is dismissed with prejudice.

DATED: <u>July 7, 2016</u>

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE